FILED
Jun 07 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ AlexandraS DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR ZAZUETA (1),<br>GERARDO SANDOVAL-RIVAS (2),<br>RICARDO LOPEZ SANCHEZ (3),<br>ALEXIS ORTIZ (4),<br>JOSE ROCHA (5),<br>ALEXIS RUIZ HERNANDEZ (6),<br><br>    Defendants. | Case No. '22 CR1267 BTM<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Possess with the Intent to Distribute Controlled Substances; Title 21, U.S.C., Sec. 853, Title 18, U.S.C. Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Beginning on a date unknown to the grand jury and continuing up to and including May 10, 2022, within the Southern District of California and elsewhere, defendants VICTOR ZAZUETA, GERARDO SANDOVAL-RIVAS, RICARDO LOPEZ SANCHEZ, ALEXIS ORTIZ, JOSE ROCHA, and ALEXIS RUIZ HERNANDEZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to possess with the intent to distribute 50 grams and more, to wit: approximately 31 kilograms (68.20 pounds) of a mixture and substance containing a detectable amount of methamphetamine; and 40 grams and more, to wit: approximately 50 grams of a mixture and substance containing a

MGW:cms(nlv):San Diego:6/6/22

detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl); all Schedule II Controlled Substances; and all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## FORFEITURE ALLEGATIONS

The offense alleged above are realleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendants VICTOR ZAZUETA, GERARDO SANDOVAL-RIVAS, RICARDO LOPEZ SANCHEZ, ALEXIS ORTIZ, JOSE ROCHA, and ALEXIS RUIZ HERNANDEZ shall forfeit to the United States all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this Indictment. The property to be forfeited includes, but is not limited to: approximately $3,225 in U.S. currency, two Glock-style handguns with no serial numbers, and all ammunition.

Upon conviction for the offense alleged in this Indictment, defendants VICTOR ZAZUETA, GERARDO SANDOVAL-RIVAS, RICARDO LOPEZ SANCHEZ, ALEXIS ORTIZ, JOSE ROCHA, and ALEXIS RUIZ HERNANDEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all

firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

      a. two Glock-style handguns with no serial number; and

      b. a one round of 9mm ammunition;

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendants:

      a. cannot be located upon exercise of due diligence;

      b. has been transferred or sold to or deposited with a third person;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or,

      e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-described property. All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

      DATED: June 7, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Michael G. Wheat
MICHAEL G. WHEAT
Assistant U.S. Attorney